UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KASPER KHEKMATIIR,

Petitioner,

v.

PAMELA BONDI, et al.,

Respondents.

Case No. 5:26-cv-01191-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.     The petition is granted;

2.     Respondents are enjoined from continuing to detain Petitioner unless no later than **April 24, 2026**, he is provided with a bond hearing at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceeding; and

3.     The Clerk of Court is directed to close this case.

DATED: April 17, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE